THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK RUSSO, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

LORRAINE RUPERT et al., Respondents, v. TOWN OF WEST SENECA, Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MAIDA PATTERSON et al., Respondents, v. LEON J. SPOKANE et al., Doing Business under the Name of THRIFT FOOD STORE, Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ALEXANDER MOSCARITOLO, Respondent, v. MARSDEN FOX et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ALEXANDER MOSCARITOLO, as Guardian ad Litem of JOSEPH MOSCARET, an Infant, Respondent, v. MARSDEN FOX et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MURIEL SANDERS, Respondent, v. MARSDEN FOX et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

SAMUEL C. GRIFFIN, Appellant, v. CITY OF SYRACUSE, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ. [179 Misc. 250.]